FILED ___ LODGED
RECEIVED ___ COPY

JUN 7 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Judy Carrillo
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Christopher Fox
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV24-01367-PHX-SPL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Judy Carrillo
   Street Address: 4992 W Warren Dr
   City and County: Casa Grande, Pinal County
   State and Zip Code: Arizona 85194
   Telephone Number: 520 610-3266
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
  Name: Christopher Fox & Heather Ruth Wolven
  Job or Title (if known): Casa Grande police officer
  Street Address: 373 E Val Vista Rd
  City and County: Casa Grande, Maricopa County
  State and Zip Code: Arizona 85122
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Howard Wuertz & Sarah Wuertz
  Job or Title (if known): Wuertz Farm & Trust
  Street Address: 3227 W Bechtel
  City and County: Coolidge, Pinal County
  State and Zip Code: Arizona 85128
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Rebecca Carrillo
  Job or Title (if known):
  Street Address: 8533 W Pioneer ST
  City and County: Tolleson, Maricopa County
  State and Zip Code: Arizona 85
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Jaqueline Carrillo
  Job or Title (if known):
  Street Address: 8533 W Pioneer ST
  City and County: Tolleson, Maricopa County
  State and Zip Code: Arizona
  Telephone Number:
  E-mail Address (if known):

Defendant List

**Defendant No 5**
Century Link
100 Century Link Drive
Monroe, Ouachita Parish
Louisiana 71203
800 871-9244

**Defendant No 6**
Cox Communications
6205 Peachtree Dunwoody Rd
Atlanta, Fulton County
Georgia 30328
(404) 260-2200

**Defendant No 7.**
Direct TV
2230 E Imperial Hwy
El Segundo
California 90245
(310) 964-5000

**Defendant No 8.**
DISH
9601 S Meridien Blvd
Englewood
Colorado 80142

**Defendant No 9.**
Jane Doe & John Doe
5133 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 10.**
Jane Doe & John Doe
5091 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 11.**
Jane Doe & John Doe
5032 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 12**
Jane Doe & John Doe
5051 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 13.**
Jane Doe & John Doe
5050 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 14.**
Jane Doe & John Doe
5071 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 15.**
Jane Doe & John Doe
5070 W Warren DR
Casa Grande, Pinal County
Arizona 85194

**Defendant No 16**
Jane Doe & John Doe
4947 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 17**
Jane Doe & John Doe
4952 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 18**
Jane Doe & John Doe
4876 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 19**
Jane Doe & John Doe
4896 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 20**
Jane Doe & John Doe
4885 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 21**
Jane Doe & John Doe
4861 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 21**
Jane Doe & John Doe
4905 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 22**
Jane Doe & John Doe
5011 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 23.**
Jane Doe & John Doe
5033 W Warren DR
Casa Grande, Pinal County
Arizona 85194

**Defendant No 24.**
Jane Doe & John Doe
5090 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 25.**
Jane Doe & John Doe
5110 W Warren DR
Casa Grande, Pinal county
Arizona 85194

**Defendant No 26**
Jane Doe & John Doe
5152 W Warren DR
Casa Grande, Pinal county
Arizona 85194

# Defendant List

Defendant No 27
Jane Doe & John Doe
5175 W Warren DR
Casa Grande, Pinal County
Arizona 85194

Defendant No 28.
Jane Doe & John Doe
5153 W Warren DR
Casa Grande, Pinal County
Arizona 85194

Defendant No 29.
Jane Doe & John Doe
4861 W Warren DR
Casa Grande, Pinal County
Arizona 85194

Defendant No 30.
Jane Doe & John Doe
5132 W Warren DR
Casa Grande, Pinal County
Arizona 85194

Defendant No 31
Jane Doe & John Doe
4858 W Warren DR
Casa Grande, Pinal County
Arizona 85194

Defendant No 32.
City of Casa Grande
   Mayor McFarland
510 E Florence Blvd
Casa Grande, Pinal County
Arizona 85122
(520) 421-8630

Defendant No 33
City of Casa Grande Municipal Airport
3225 E Pinal AVE
Casa Grande, Pinal County
Arizona 85122

Defendant No 34
Pinal County Sheriffs Office
   Sheriff Mark Lamb
971 Jason Lopez Circle
Florence, Pinal County
Arizona 85132
(520) 866-6800

Defendant No 35
Child Protective Services
4000 N Central AV
Phoenix, Maricopa County
Arizona 85012
(602) 265-0612

Defendant No 36
Ramon Rodriguez
461 E Oakland ST
Chandler, Maricopa County
Arizona, 85225

Defendant No 37
   Google Fiber
   Google Meets
1600 Amphitheater Parkway
Mountain View
California 94043
(650) 253-0000

Defendant No 38
   Starlink
   Office 3601 - Mazaya Business Avenue
   BB2 JLT
   Dubai, United Arab Emirates

Defendant No 39.
City of Coolidge
130 W Central AVE
Coolidge, Pinal County
Arizona 85128
(520) 723-5361

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

14th Amendment - Due process deprive me of money and property. Abuse Using Technology
4th Amendment & 8th Amendment. Electronics Communications Privacy Act intercept & disclose to 3rd parties

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 18 USC 2701 Unlawful Access to Stored Communications. Hate Crimes Act violat 1st Amendment Invasion of Privacy, Censorship, Federally Protected Activities. Defamation. Slander Deprivation of Rights Under the Color of the Law. Tax crimes & Tax Evasion, Hacking RICO Conspiracy involving cyber intrusion. RICO - murder for hire, dealing in obscene matter, robbery bribery, fraud in Identification documents, Fraud Financial Institutions, Mail Fraud, Credit transer Civil Rights Discrimination, Inequality. Conspiracy Against Civil Rights 1 or more people

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy $150 Billion Dollars

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$150 in punitive damages. To include any applicable court costs and or services needed to include accounting services to examine financial records and documents experts. Cyber experts required.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am still experiencing Injury and wrongs still continue. I am requesting all residents of City of Coolidge, City of Casa Grande and named defendants be called to testify in Alphabetical order in trial of community organized abuse and explotation of a family. They all personally and financially benefited and am requesting IRS audits of all named defendants and Residents. They knew about crimes and allowed to happen in exchange for financial gain. I am still being deprived of money and property without due process. Stolen mail

Page 4 of 5

## Statement of Claim

Given the Uniqueness of my lawsuit, I am requesting that the entire town of Casa Grande, Arizona be sumoned, tried and prosecuted. The entire community I request be summoned in Alphabetic order starting w/ the last name. The entire community was involved in 1 or more crimes listed in the lawsuit. The entire community knew of 1 or more crimes listed in the lawsuit but did nothing. For discovery I am requesting the entire towns financial history beginning year 2000. I am requesting all the residents phone records/social media/group chats and their kids included for crimes against or commited by their kids. The City of Coolidge is named in lawsuit for crimes against children. This includes voyerism and grooming of kids. Targeting Kids and attempted child abductions near and around the schools that went un-investigated for years. I am requesting acess to records of contracts made to exploit me and my family in exchange for contracts. This includes of named defendants, residents of the named cities or anyone else who does business in mentioned cities. The Mayor has personal relationship w/ Farmer Wuertz named in the lawsuit. Child Protective Services is named for not doing anything about community child abuse and not removing children from homes of named defendats who are involved in community organized sexual explotation and filming of minors and pre-pubescent children. Other named defendents such as Century Link, Cox Communications, DISH, Direct TV, Google Fiber, Starlink are used for community hacking and to operate illegal voyerism. I am also requesting for city operated, private residence and business camera footage from City of Casa Grande and City of Coolidge residents documenting crimes and gang/cartel affiliations of Christopher Fox. Cameras documented Hate Crimes and Civil Rights violations. Lawsuit against neighbors as active participants in crimes and co-conspirators of 1 or more people named in lawsuit. I am suing for 1st Amendment violations of Invasion of Privacy, Censorship through hacking. I am suing for community

Statement of Claim

organized defamation of Character, Community Organized Slander and Libel. I am suing for 4th Amendment violations of unlawful search & seizure of which ill later name in later in the lawsuit. I am also suing for 8th Amendment violations, RICO Crimes, Conspiracy Against Rights, Hate Crimes, Civil Rights violations, RICO conspiracy involving Cyber intrusion, Human Rights violations to Privacy and Movement, Action for Neglect to Prevent, Deprivation of Rights under the Color of the Law, 14th Amendment violations, Abuse using Technology, Electronic Harrasment. I am also suing for Crimes Against Humanity including Torture: Sexual Humiliation, Sleep Deprivation, Solitary Confinement, Imprisonment and Rape; Enforced Dissappearance which is to be adducted and illegally detained, deprived of liberty and refusal to acknowledge the deprivation of liberty or by concealment. The other Crime Against Humanity is Racial/Religious persecution which is the systemic mistreatment of an individual by another g individual or group of individuals. It involves systemic attack directed against individual(s) to inflict suffering, harrassment, imprisonement to inflict fear or pain. Lawsuit involves Community organized voyerism to include RICO crimes of dealing in obsene matter to include Child pornography and unlawfully filming children in schools and school bathrooms. Lawsuit includes community organized murders, attempted murders and murder for hire plots in multiple states/countries. Lawsuit involves community organized property crimes against me to include property damage and septic. The sheriff and the city police that falls under city control is being sued for knowing about, allowing all these crimes to happen to me and my ~~daughter~~ family, offering illegal protection to the criminals to commit whatever crimes they want including murders, robberies and assaults, and set ups. Lawsuit involves Abuse Using Technology, Electronic Harrassment, Cyberbullying, Community Organized Mail Theft and Mail Crimes. Lawsuit also involves

Statement of Claim

Community Organized Identity Theft to include identity theft of Children, for fraudulent loans, credit, Social Security Fraud, and tax fraud. Lawsuit involves RICO crimes community organized bank fraud, bank larceny, forgeries, mortgage fraud, securities fraud, healthcare fraud. Given the severity off all the crimes defendants are involved in, I am requesting Federal tax audits of all the defendants and residents within City Limits of Casa Grande and Coolidge. I am also requesting accounts be frozen, and assets seized pending investigations. I am also requesting the defendant be investigated by DEA, IRS, ATF. I am requesting he be investigated by U.S Marshalls for stealing court documents and interfering with court system at the Federal courts by bribing employees that work at the courthouse and straping Federal issued Dirt Box and Stingray technology onto planes flying out of Casa Grande, Chandler and Mesa Airport to hack into phones and take over and GPS track mobile devices. Lawsuit involves community organized financial institution fraud, community organized wire fraud w/ prisons and jails(scams/charity fraud). Lawsuit involves community organized straw purchasing realty for oganized crime and weapons trafficking through the military. Christopher Fox is connected to someone at ATF phoenix field office that puts trackers on guns to track down cartels and gang members. I am suing for community organized credit card fraud, forgeries. Community Organized Humiliation and Defamation of Character, Community Organized Economic Espionage. I am also suing for Unlawful Acess to Stored Communications and violating Electronics Communications Privacy Act by intercepting and disclosing contents to third parties through named Defendants employed by military, Casa Grande PD and AZ state troopers. I am suing for community organized stalking and gang stalking, Community Organized Tax Evasion

Statement of Claim

and Tax Fraud. Christopher Fox had my identity stolen to takeout shell companies fraudulently with help from bankers, Social Security Employees, IRS third party employees, DMV employees to move billions of dollars of money to different accounts he failed to report to the IRS as illicit income he gained from prison murders, prison/jail scams, Insurance fraud schemes home/auto/life/retirement/disability. He failed to report Allstate insurance check using murdered Mexican Mafia member in Texas and use dead identity and post office box under same last name currently used by Amy Bennett of Gerrish Jewelry in Casa Grande, AZ. The mass amounts of fraud is why there needs to be mandatory audits of all citizens/businesses in Casa Grande and Coolidge AZ. Anything and all that happens I will hold the city and Sheriffs office financially responsible for as they refuse to arrest the criminals which is their job. Lawsuit is for community organized drug diversions, community organized insurance fraud. Christopher Fox is involved in weapons trafficking w/ white supremacist group and the Military. He is also involved w/ gang members and cartels who use state prosecutor to get them off on charges in exchange for personal favors. Lawsuit is for community organized computer crimes, hacking and interception. Lawsuit is for community organized DES Fraud, social security fraud, DMV fraud, money laundering, HUD and Section 8 vouchers through the VA and Chase Bank. Lawsuit is for community organized child prostitution, sex trafficking, human trafficking, trafficking in counterfeits through shipping containers, copies of motion pictures through hidden camera filming (disclaimer) and selling them at Gila River Indian Reservation where Chris Fox runs child prostitution and sex trafficking through the casinos here in Arizona, California, and Nevada using my Harrah's/Caesars casino credit card he stole.

# Statement of Claim

Lawsuit includes Community organized home fraud through McCarthy & Holthus, shell companies and the Pinal County and Pima County Recorders office to money launder organized crime money and steal assets of others. I contacted the ACLU about hundreds locked up in Pinal County Jail but due to conflict of interest got nowhere due to Mrs Harris daughters employment and influence at the ACLU. Lawsuit also involves adoption fraud in the courts, I am requesting Audits and suspect RICO and embezzlement. Lawsuit includes organized Community Higher Education Fraud, embezzlement, hacking to affect students grades for Developmental disability money, grant fraud, Department of Education disability funding. Someone has been unlawfully claiming my daughter as theirs in the Income Taxes by stealing her identity and getting Social Security money off of her and Unemployement by cutting her hours and getting her fired from work. They have been doing the same thing to me and getting me fired from all my jobs to commit tax crimes and illegally collect Unemployement and possibly Social Security fraud. Lawsuit is for decades of plagarism from hacking, schools stealing my work and my daughters work, Intellectual property theft in the billions in losses such as Fenty Beauty, Spanx and irrigation that were all my stolen ideas and monetized by thiefs. Lawsuit is for murdering my pets and poisoning my pets that the neighbors know all about. Lawsuits includes multiple poisonings against me, my pets and family. My child was poisoned and then fired from work to what I suspect steal and Unemployement Fraud. They made sure my child never finish school, wouldnt ever get any hours work for tax crimes, social security fraud, identity theft and Unemployement fraud. Lawsuit is for dozens of break ins to steal property, destroy evidence, gather evidence and complete serious crimes to set me up and run me out of my home. Police is being sued for allowing crimes to continue for years to further victimize me, deny me rights/respect and sytemically opress me along with the rest of the community. The break ins resulted in loss of documents to commit fraud, identity theft on my family and share information to run billion dollar money laundering and insurance fraud schemes. Employees at courthouses get paid under the table to use jobs to commit crimes to include sabotaging my

# Statement of Claim

⑥

lawsuits and steal court house documents and mail by paying off postal employees under the table to set me up and block communication from getting to me. This criminal ring is paying people off at the state courthouses and federal courthouses. Lawsuit is for copyright violations and unauthorized use of images for financial gain and defamation and cyberbullying. Lawsuit is for community organized Noise Campaigns to include paying kids to commit crimes on or near my property, ATV's riding and yelling 5am - 2am non-stop, damage my property, Vandalism of property. They paid people to start fights and try get me into confrontations. Aircraft stalking and harrassment out of the Chandler, Mesa, Casa Grande airports and Military helicopters (blackhawk). Stealth Aircraft that rumbled the entire subdivision and remote deleted content out of my phone. Lawsuits include organized car accidents scams. Christopher Fox who uses military to hack into police departments, sheriffs office, ~~corrupt~~ Courthouse computer systems including the FBI and Homeland Security. This individual is a terrorist and threat to society and named defendants, his co-conspirators. His employer knows of his abuse of power at the Police Department and allowed all his criminal behavior to continue for years. Mr Fox and his associates have been runing an illegal camera business in City of Casa Grande and City of Coolidge planting and recording people in apartment complexes, subdivisions, daycare and inside schools and school bathrooms. They implanted cameras to illegally record people and children at Rest Areas, gyms, restaurants w/ WiFi routers to stream for online darkweb fetish websites. Lawsuit is for community organized bribery and money laundering. It appears to be white and black churches and military people running illegal cameras, prostitution, sex trafficking and child brides/child prostitution. Lawsuit involves community organized stalking/ hacking into devices/vehicles. Lawsuit involves stealing content out of phones/computers to monetize. Lawsuit is for community organized explotation of a minor and child grooming. Lawsuit is for making False Statements, making False Police Reports, False Reports on me, Slander and Libel.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/6/2024

Signature of Plaintiff

Printed Name of Plaintiff    Judy Carrillo

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address